IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUIS CORTEZ, on behalf of himself and other individuals similarly situated, known and unknown,<br><br>    Plaintiff,<br><br> v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:23-cv-01435<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS**

  For the reasons set forth in its supporting memorandum, Defendant Target Corporation ("Target"), submits this Motion to Stay Discovery and Briefing Pending Resolution of its Motion for Judgment on the Pleadings. In support of its Motion, Target states as follows:

  1. Target requests a stay of discovery pending the determination of its Motion for Judgment on the Pleadings

  2. Target filed its Motion for Judgment on the Pleadings and supporting Memorandum contemporaneously with this Motion, seeking dismissal of all Counts in this matter.

  3. If the Court grants Target's Motion for Judgment on the Pleadings, any further discovery and litigation would cause an undue burden on the parties because the matter would be moot.

  4. Staying discovery in this matter will not prejudice Plaintiffs because the information and documentation will still be available after the Court decides the Motion and no further discovery will enable Plaintiff to state a viable claim against Target.

  For the reasons stated above, and those in the accompanying Memorandum in Support of the Motion, Target respectfully asks the Court for its order staying discovery in this matter.

| | |
|---|---|
| DATED: January 19, 2024 | Respectfully submitted, |
| | By: _/s/ Jessica L. Barranco_<br>One of the Attorneys for Defendant |

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

Michael H. Cramer (ARDC No. No. 6199313)
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone: 312.558.1220
Facsimile: 312.807.3619
michael.cramer@ogletree.com

Patrick F. Hulla (*admitted pro hac vice*)
Jessica Barranco (*admitted pro hac vice*)
700 West 47th Street, Suite 500
Kansas City, MO 64112
Telephone: 816.410.2226
Facsimile: 816.471.1303
patrick.hulla@ogletree.com
jessica.barranco@ogletree.com

Attorneys for Defendant Target Corporation

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies, on January 19, 2024, the foregoing **Defendant's Motion to Stay Discovery Pending Resolution of Its Motion for Judgment on the Pleadings** was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Douglas M. Werman
>Maureen A. Salas
>Joseph Edward Salvi
>Werman Salas P.C. (#42031)
>77 W. Washington St., Ste. 1402
>Chicago, IL  60602
>312.419.1008
>dwerman@flsalaw.com
>msalas@flsalaw.com
>jsalvi@flsalaw.com
>
>Peter Winebrake*
>Deirdre Aaron*
>Winebrake & Santillo, LLC
>715 Twining Road, Suite 211
>Dresher, PA 19025
>215.884.2491
>
>Sarah R. Schalman-Bergen (*admitted pro hac vice*)
>Krysten Connon*
>Lichten & Liss-Riordan, P.C.
>729 Boylston Street, Suite 2000
>Boston, MA 02116
>267.256.9973
>ssb@llrlaw.com
>kconnon@llrlaw.com
>
> *Attorneys for Plaintiff*
>
> * *Pro Hac Vice admission forthcoming*

                                               */s/  Jessica L. Barranco*
                                               One of the Attorneys for Defendant