# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Luis Cortez, et al.
                    Plaintiff,

v.                                    Case No.: 1:23−cv−01435
                                      Honorable Franklin U. Valderrama

Target Corporation
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 8, 2024:

    MINUTE entry before the Honorable Jeannice W. Appenteng: Motion hearing held on 2/5/2024. For the reasons set forth in the accompanying order, plaintiffs' motion to compel [52] is granted in part and denied in part. By 2/15/2024, defendant shall provide the job titles and employment locations of the 117 individuals it previously identified by name only; all other relief is denied. During the 2/5/2024 hearing, plaintiffs stated they do not object to defendant's motion to stay discovery [65]; accordingly, and for good cause stated therein, the motion [65] is granted. The parties, however, are permitted leave to complete the limited discovery discussed in the 1/19/2024 joint status report [62]. By 5/27/2024, the parties shall file a joint status report providing a report on compliance with this order and an update on the status of defendant's motion for judgment on the pleadings. Enter Order. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.